PROB 12A
(REVISED 5/2011)

# United States District Court
### for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Eric Henderson</u>          Case Number: <u>3:10-00188</u>

Name of Judicial Officer: <u>The Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>July 27, 2011</u>

Original Offense: <u>21 U.S.C. § 841 (a)(1) Distribution of Cocaine Base</u>

Original Sentence: <u>24 months' custody and 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>          Date Supervision Commenced: <u>August 8, 2012</u>

Assistant U.S. Attorney: <u>Scarlett Singleton</u>          Defense Attorney: <u>Michael David Noel</u>

**THE COURT ORDERS:**

☒ No Action at this time
☐ The employer <u>shall</u> be notified of risk due to illegal drug use
☐ The employer <u>shall not</u> be notified of risk due to illegal drug use
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this _20_ day of ___June___ , 2013,
and made a part of the records in the above case.


_____
Todd J. Campbell
U. S. District Judge

I declare under penalty of perjury that the
foregoing is true and correct. Respectfully
submitted,


_____
Joshua Smith
U. S. Probation Officer

Place          Nashville, Tennessee


Date          June 20, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.     Nature of Noncompliance

1.          **The defendant shall refrain from unlawful use of a controlled substance.**

Mr. Henderson has tested positive for marijuana on three occasions.

May 23, 2013          June 3, 2013          June 10, 2013

Mr. Henderson denied illegal drug use when tested on May 23, 2013. After the results from the lab confirmed the positive drug test results, Mr. Henderson met with the probation officer on June 3, 2013. During the meeting, he admitted to using marijuana with a friend on May 20, 2013. He has continued to test positive for marijuana, but denies new use since May 20, 2013.

Prior to May 23, 2013, Mr. Henderson had submitted sixteen negative drug tests.

2.          **The defendant shall participate in a program of drug testing and substance abuse treatment.**

Mr. Henderson failed to report for drug testing on June 7, 2013.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Henderson began supervision on August 8, 2012. He has remained employed, full-time, during supervision and is currently working for Caito Foods as a fork lift operator. He was referred for a substance abuse assessment which was completed on January 17, 2013. No treatment was recommended at that time. Following his recent positive drug tests, his drug testing has been increased and he has been referred to substance abuse treatment. He has been reprimanded and advised that further noncompliance could result in sanctions by the Court. It is a significant concern of the probation office that Mr. Henderson operates heavy machinery at work while continuing to test positive for marijuana use.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that no action be taken by the Court at this time and Mr. Henderson be allowed to continue on supervised release to take advantage of outpatient substance abuse treatment. The decision as to whether or not to notify Mr. Henderson's employer of his drug use, due to third party risk issues, is at the court's discretion.

The U. S. Attorney's Office had been notified and concurs with this recommendation.


Approved: _____
          Britton Shelton
          Supervisory U.S. Probation Officer