UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA     )
                                 )
v.                             )      NO. 3:10-00188
                                 )      JUDGE CAMPBELL
ERIC HENDERSON            )


<u>ORDER</u>


Pending before the Court is a Second Motion to Reset Revocation Hearing (Docket No.

36). The Motion is GRANTED.

The hearing on the Petition (Docket No. 28) alleging violations of Defendant's

Conditions of Supervision is CONTINUED to February 21, 2014, at 1:00 p.m.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE