UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00188 |
| | ) | JUDGE CAMPBELL |
| ERIC HENDERSON | ) | |

## ORDER

Pending before the Court is a Petition (Docket No. 28) alleging violations of Conditions of Supervision. The Court held a hearing on February 21, 2014.

The Court found Defendant violated the three (3) Conditions of Supervision identified in the Petition. The Court hereby modifies Defendant's Conditions of Supervision as follows:

> The Defendant shall be on Home Detention for the next six (6) months of his period of Supervised Release. While on Home Detention, Defendant shall be subject to electronic monitoring at his expense, if he can financially afford to pay.
>
> While on Home Detention, Defendant shall be in his place of residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and such other times as may be specifically authorized by the Probation Office.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE