UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA          )
                                  )
v.                                )     NO. 3:10-00188
                                  )     JUDGE CAMPBELL
ERIC HENDERSON                    )


ORDER


        Pending before the Court is a Motion to Permit Travel (Docket No. 42). The Motion is

GRANTED, subject to appropriate conditions set by the Probation Office.

        IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE